AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Darlin Ismael GONZALEZ | ) | Case No. 12-8439-JMH |
| a/k/a Aryling GARCIA | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

NOV 16 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 7, 2012** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*I find probable cause. JMH*

Sworn to before me and signed in my presence.

_____
Complainant's signature

ICE D/O Andy Korzen
*Printed name and title*

Date: 11/16/2012

_____
Judge's signature

City and state: West Palm Beach, Florida

Hon. James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over nine years. Your affiant is currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. The information contained in this affidavit is based upon my own knowledge, a review of the immigration file assigned Alien Registration Number ending in 294, which is assigned to Darlin Ismael GONZALEZ, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding this investigation but only those facts necessary to establish probable cause to charge.

3. On or about November 7, 2012, Darlin Ismael GONZALEZ using name of Aryling GARCIA was arrested on State law offense and booked into the Palm Beach County Jail.

4. On or about November 7, 2012, Immigration Enforcement Agent Samuel Torres traveled to the Palm Beach County Jail and took a sworn statement from Darlin Ismael GONZALEZ after advising him of his rights under *Miranda*, which he waived. Darlin Ismael GONZALEZ identified himself as Darlin Ismael GONZALEZ and admitted to being a citizen of Nicaragua. He further admitted to last entering the United States in September 2012, after having been previously deported from the United States. Darlin Ismael GONZALEZ further admitted that he did not seek permission to re-enter the United States.

5. On or about November 7, 2012, your affiant received a certified copy of the fingerprint card containing the prints taken in connection with Darlin Ismael GONZALEZ's November 7, 2012 arrest.

6. On or about November 9, 2012, your affiant received the alien file assigned to Darlin Ismael GONZALEZ. Original records within that immigration file show that Darlin Ismael GONZALEZ is a native and citizen of Nicaragua. Records show that Darlin Ismael GONZALEZ was ordered removed from the United States on or about April 26, 2006. Records further show that Darlin Ismael GONZALEZ was removed from the United States on two separate occasions, that is, on or about October 19, 2010, and on or about January 25, 2012. Prior to being removed, law enforcement obtained Darlin Ismael GONZALEZ's fingerprint on the Warrant of Removal/Deportation.

7. Additional records contained in the immigration file assigned to Darlin Ismael GONZALEZ show that on or about April 14, 2010, Darlin Ismael GONZALEZ was convicted in State court of Grand Theft 3rd degree/vehicle.

8. Border Patrol fingerprint expert Richard Abbott conducted a fingerprint comparison in this case. He compared the prints taken in connection with Aryling GARCIA's (Darlin Ismael GONZALEZ) arrest on or about November 7, 2012 with the print appearing on the Warrant of Removal/Deportation executed on or about January 25, 2012. The fingerprint comparison confirmed that the fingerprint impressions were made by one and the same person.

9. Your affiant received the Certificate of Nonexistence of Records pertaining to the Alien File Number ending in 294 which indicates that after a diligent search, no record was found to exist indicating that Darlin Ismael GONZALEZ had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security

for re-admission into the United States as required by law.

10. Based on the foregoing, your affiant believes that there exists sufficient probable cause to charge Darlin Ismael GONZALEZ, also known as Aryling GARCIA with violating Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this _16_ day of November 2012,
in West Palm Beach, Florida.

_____
HONORABLE JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8439-JMH

UNITED STATES OF AMERICA

vs.

Darlin Ismael GONZALEZ,
a/k/a Aryling GARCIA,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY